No. 76–1222.  New Pittsburgh Courier Publishing Co. *v.* Jones, Receiver.  Sup. Ct. Pa.  Certiorari denied.

No. 76–1224.  A. Stucki Co. *v.* Railroad Dynamics, Inc. C. A. 3d Cir.  Certiorari denied.

No. 76–1229.  Kellner *v.* Karnes City Independent School District et al.  C. A. 5th Cir.  Certiorari denied.

No. 76–1232.  Carter et al. *v.* Hamlin Hospital District et al.  Ct. Civ. App. Tex., 11th Sup. Jud. Dist.  Certiorari denied.

No. 76–1233.  Super Athletics Corp. et al. *v.* Universal Athletic Sales Co. et al.  C. A. 3d Cir.  Certiorari denied.

No. 76–1237.  Friedman et al. *v.* Berger, Commissioner, Department of Social Services of New York, et al.  C. A. 2d Cir.  Certiorari denied.

No. 76–1241.  Florida *v.* Nidiffer.  C. A. 5th Cir.  Certiorari denied.

No. 76–1256.  Peak et al. *v.* Alabama Department of Industrial Relations et al.  Ct. Civ. App. Ala.  Certiorari denied.

No. 76–1272.  International Association of Fire Fighters, Local No. 782, AFL–CIO, et al. *v.* Olson, City Manager of Salina, Kansas.  C. A. 10th Cir.  Certiorari denied.

No. 76–1282.  Fulton *v.* Hecht et al.  C. A. 5th Cir. Certiorari denied.

No. 76–1336.  Blitzstein *v.* United States.  C. A. 7th Cir.  Certiorari denied.